United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIELYNN COTA, et al.,

    Plaintiffs,

  v.

WELLS FARGO BANK NA,

    Defendant.

Case No. 16-cv-05543-JSC

**PRETRIAL ORDER NO. 1**

Following the Initial Case Management Conference held on January 26, 2017, IT IS ORDERED THAT:

| | |
|---|---|
| Last Day to Move to Amend the Pleadings: | March 3, 2017 |
| Hearing on Motion for Conditional Certification: | May 11, 2017 |
| Hearing on Motion for Class Certification: | November 16, 2017 |
| Deadline for Private Mediation: | February 15, 2018 |

If the parties wish to adopt a briefing schedule for either motion different from the briefing schedule set by Civil Local Rule 7-3(a) (for example, a schedule that gives more time for the opposition and reply), they may do so.  The Court will also consider a stipulation to move the hearing date on the motion for conditional certification due to counsels' scheduling conflicts.

The parties shall appear for a further Case Management Conference on March 1, 2018 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.  An updated Joint Case Management Conference Statement is due February 22, 2018.

**IT IS SO ORDERED**.

Dated: January 27, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge